IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LANISHA K. BOROMEI, individually and as
Administrator of the Estate of
Roger M. Boromei,

        Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

        Defendants.
_____/

Case No. 02-14116-CIV-
MIDDLEBROOKS/LYNCH

TALAL MEKKI, representative of the Estate of
Ameer Bukhari, et al.,

        Plaintiffs,

v.

ST. LUCIE PETROLEUM CO., et al.,

        Defendants.
_____/

Case No. 02-14116-CIV-
MIDDLEBROOKS/LYNCH

## PLAINTIFF'S INITIAL DISCLOSURE OF WITNESSES

Plaintiff, LANISHA BOROMEI, individually and as Administrator of the Estate of ROGER M. BOROMEI, by and through undersigned counsel, pursuant to the Court's August 20, 2002 Scheduling Order and pursuant to Fed. R. Civ. P. 26(A)(1), hereby discloses the following witnesses who may provide testimony at trial. Plaintiff reserves the right to supplement this list upon further discovery.

    1.    Nick and Willie Boromei
           Okeechobee, FL 33472

    2.    Randy Jones

CASE NO. 02-14113-CIV-MIDDLEBROOKS
CASE NO. 02-14116-CIV-MIDDLEBROOKS

3.    Nickola Coker
Okeechobee, FL 33472

4.    Martin Crawford

5.    Carla Crawford

6.    Lanisha Boromei

7.    Detective Bill Hardman
St. Lucie County Sheriff's Department
4700 W. Midway Road
Ft. Pierce, Florida

8.    Ben Williams
Ft. Piece Air Traffic Manger

9.    Susan Sharp
Ft. Pierce ATC Supervisor

10.    Enrique Riveria

11.    Doug Bickerstat
Ft. Pierce ATC Controller

12.    Penny Hoban
Ft. Pierce ATC Controller.

13.    Doug Bickerstat
Ft. Pierce ATC Controller

14.    Todd McCorey
Ft. Pierce ATC Controller

15.    Keith Knuse
former Ft. Pierce ATC Controller

16.    Craig Wilkinson
Ft. Pierce ATC Controller

17. John W. Weidemeier
    former Ft. Pierce ATC Controller

18. Mike Griggie
    Ft. Pierce ATC Controller

19. Gerald Vrabel
    former Ft. Pierce ATC Traffic Manager

20. Paul Phillips
    Manager - St. Lucie County Airport Authority

21. Representative of St. Lucie Petroleum
    2178 Highway 441 S.E.
    Okeechobee, FL 34974

22. Don Hayes
    505 N. Geiger Street
    Rockport, IN 45742

23. Jim Cowen
    2308 S. Parrott Avenue
    Okeechobee, FL 34974

24. Jim Hendrix, Retired Delta Captain
    2810 N.W. 20th Trail
    Okeechobee, FL 34972

25. Scott Lundy
    11300 U.S. Hwy. 1, Suite 500
    North Palm Beach, FL 33408

26. John Abney
    County Commissioner
    805 S.W. 15th Street
    Okeechobee, FL 34974

27. Wes Abney
    805 S.W. 15th Street
    Okeechobee, FL 34974

28. Administrator of the Estate of Ameer Bukhari.

CASE NO. 02-14113-CIV-MIDDLEBROOKS
CASE NO. 02-14116-CIV-MIDDLEBROOKS

29. Representatives, agents, employees and independent contractors of Flight Safety International, including but not limited to all flight instructors who provided flight instruction to Ameer Bukhari, participated in flights with Bukhari and who signed Bukhari's log book or signed endorsements/restrictions in Bukhari's log.

30. Agents, representatives, and employees of Flight Safety International, Inc., including but not limited to, all flight instructors who provided flight instruction to Ameer Bukhari, participated in flights with Ameer Bukhari and who signed Ameer Bukhari's log book or entered flight restrictions in Ameer Bukhari's log.

31. Pilots of Piper Saratoga (N4175A), Piper Cherokee (N9207G) and Piper Seminole (N3032D)

32. All NTSB personnel and investigators who investigated the September 11, 2000 mid-air collision, including but not limited to those investigators who interviewed FAA air traffic controllers Weidemeier and Wilkinson and concluded the September 11, 2000 accident was caused by the failure of the local controller to provide adequate spacing between the two airplanes and contributing factors as being the local controller declining a formal brief before being relieved by the controller on duty and failure of the controller being relieved to ensure proper briefing of local air traffic.

Respectfully submitted,

By: _____
Thomas E. Scott, Esq.
Cole, Scott & Kissane, PA
Pacific National Bank Building
1390 Brickell Avenue, 3rd Floor
Miami, FL 33131
(305)373-2294; FAX (305)373-2294
Attorneys for Plaintiff Lanisha K. Boromei

Douglas J. Suter, Esq.
Isaac, Brant, Ledman & Teetor, LLP
250 East Broad Street, 9th Floor
Columbus, OH 43215-3742
(614)221-2121; FAX (614)365-9516
Attorneys for Plaintiff Lanisha K. Boromei

CASE NO. 02-14113-CIV-MIDDLEBROOKS
CASE NO. 02-14116-CIV-MIDDLEBROOKS

Jay B. Eggspuehler, Esq.
Wiles, Boyle, Burkholder & Bringardner Co.
115 West Main Street, Suite 100
Columbus, Ohio 43215-5043
(614)221-5216; FAX (614)221-5692
Attorneys for Plaintiff Lanisha K. Boromei

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail and facsimile to all counsel on the attached service list this 13th day of September, 2002.

By: _____
Thomas E. Scott

L:\4313-0001-00\P\Initial disclosure of witnesses.wpd

CASE NO. 02-14113-CIV-MIDDLEBROOKS
CASE NO. 02-14116-CIV-MIDDLEBROOKS

## SERVICE LIST - 02-14113-CIV-MIDDLEBROOKS
## and 02-14116-CIV-MIDDLEBROOKS

Douglas P. Desjardins, Esq.
R. Jack Clapp & Associates, LPA
444 North Capitol Street, N.W.
Hall of the States, Suite 828
Washington, DC 20001
(202)638-5300; FAX (202)393-1725
Attorneys for Plaintiff Estate of Ameer Bukhari

Carlos A. Velasquez, Esq.
200 S.E. 9th Street
Ft. Lauderdale, FL 33316
(954)767-6500
Attorneys for Plaintiff Estate of Ameer Bukhari

Don Blackwell, Esq.
Anania, Bandklayder, Blackwell, Baumgarten & Torricella
Bank of America Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131-2144
(305)373-4900; FAX (305)373-6914
Attorneys for Defendant St. Lucie Petroleum and Estate of Roger Boromei

Stephen R. Cerutti, Esq.
United States Attorneys' Office
Tort Branch, Civil Division
U. S. Department of Justice
P. O. Box 14271
Washington, D.C. 20044-4271
(202)616-4112, FAX (202)616-4002
Attorneys for U.S.A. and F.A.A.

Dennis O'Hara, Esq.
Wicker, Smith, O'Hara, McCoy, Graham & Ford
1 East Broward Boulevard
Southtrust Bank Tower, 5th Floor
Ft. Lauderdale, FL 33301
(954)467-6405; FAX (954)760-9353
Attorneys for Defendant Flight Safety