IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LANISHA K. BOROMEI, individually and as
Administrator of the Estate of
Roger M. Boromei,

        Case No.02-14113-CIV-
        MIDDLEBROOKS/LYNCH

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

TALAL MEKKI, representative of the Estate of
Ameer Bukhari, et al.,

    Plaintiffs,

        Case No. 02-14116-CIV-
        MIDDLEBROOKS/LYNCH

v.

ST. LUCIE PETROLEUM CO., et al.,

    Defendants.
_____/

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT OR, IN THE ALTERNATIVE, REQUEST FOR STATUS CONFERENCE

Plaintiff, LANISHA BOROMEI, individually and as Administrator of the Estate of ROGER M. BOROMEI, by and through undersigned counsel, hereby files this Request for Oral Argument on Plaintiff's Motion for Judgment on the Pleadings or, in the alternative, Request for Status Conference, and in furtherance thereof states as follows:

1.    Plaintiff has filed a complaint against the United States of America, *et al.* under the Federal Tort Claims Act for the negligence/recklessness of the F.A.A.'s Ft. Pierce Air Traffic Controllers.

CASE NO.:Case No.02-14113-CIV-MIDDLEBROOKS/LYNCH

2. The Defendants have filed their Answer to Plaintiff's Complaint and this Honorable Court has set this matter for trial commencing on the Court's September 8, 2003 trial calendar.

3. Plaintiff has moved the Court for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) granting judgment against the United States for the negligence of the F.A.A.'s Air Traffic Controllers and denying the Government's contributory negligence defense as a matter of law.

4. This Court's decision on Plaintiff's Motion for Judgment on the Pleadings will ultimately determine whether or not the Plaintiff has established liability in this matter against the United States Government, *et al.* based upon the pleadings. If this Court were to rule in Plaintiff's favor, the necessity of the liability phase of trial in this cause would be obviated thereby eliminating the time and expense of that phase of trial. Moreover, it would eliminate the need for discovery, concomitant expenses and the use of judicial resources which may be required in discovery process.

5. Since the impact of the Court's ruling is so important to the parties, Plaintiff respectfully requests oral argument to address any question or concern the Court may have regarding the issues raised in Plaintiff's Motion.

6. Plaintiff estimates that oral arguments should take approximately 30 to 45 minutes.

7. Finally, as the parties have not yet had the opportunity to appear before the Court, such an appearance at a status conference might benefit this Honorable Court's expeditious ruling on the matter before it and allow the parties the privilege to address the

CASE NO.:Case No.02-14113-CIV-MIDDLEBROOKS/LYNCH

Court on all issues and/or concerns regarding all matters, including discovery disputes, at issue in this case.

WHEREFORE, Plaintiff, LANISHA K. BOROMEI, respectfully requests the relief sought herein and for any other relief this Court deems proper.

Respectfully submitted,

By: _____
Thomas E. Scott, Esq.
Cole, Scott & Kissane, PA
Pacific National Bank Building
1390 Brickell Avenue, 3rd Floor
Miami, FL 33131
(305)373-2294; FAX (305)373-2294
Attorneys for Plaintiff Lanisha K. Boromei

Douglas J. Suter, Esq.
Isaac, Brant, Ledman & Teetor, LLP
250 East Broad Street, 9th Floor
Columbus, OH 43215-3742
(614)221-2121; FAX (614)365-9516
Attorneys for Plaintiff Lanisha K. Boromei

Jay B. Eggspuehler, Esq.
Wiles, Boyle, Burkholder & Bringardner Co.
115 West Main Street, Suite 100
Columbus, Ohio 43215-5043
(614)221-5216; FAX (614)221-5692
Attorneys for Plaintiff Lanisha K. Boromei

CASE NO.:Case No.02-14113-CIV-MIDDLEBROOKS/LYNCH

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and U.S. Mail to all counsel on the attached service list this 25th day of March, 2003.

By: _____
      Thomas E. Scott

COLE, SCOTT & KISSANE, P.A.
PACIFIC NATIONAL BANK BUILDING · 1390 BRICKELL AVENUE · THIRD FLOOR · MIAMI, FLORIDA 33131 · (305) 350-5300 · (305)373-2294 FAX

CASE NO.:Case No.02-14113-CIV-MIDDLEBROOKS/LYNCH

### SERVICE LIST - 02-14113-CIV-MIDDLEBROOKS
### and 02-14116-CIV-MIDDLEBROOKS

Douglas P. Desjardins, Esq.
R. Jack Clapp & Associates, LPA
444 North Capitol Street, N.W.
Hall of the States, Suite 828
Washington, DC 20001
(202)638-5300; FAX (202)393-1725
*Attorneys for Plaintiff Estate of Ameer Bukhari*

Carlos A. Velasquez, Esq.
200 S.E. 9th Street
Ft. Lauderdale, FL 33316
(954)767-6500
Fax: (954)766-2690
*Attorneys for Plaintiff Estate of Ameer Bukhari*

Don Blackwell, Esq.
Anania, Bandklayder, Blackwell, Baumgarten & Torricella
Bank of America Tower, Suite 4300
100 Southeast Second Street
Miami, FL 33131-2144
(305)373-4900; FAX (305)373-6914
*Attorneys for Defendant St. Lucie Petroleum and Estate of Roger Boromei*

F. Bradley Hassell, Esq.
Eubank, Hassell & Moorhead
P.O. Box 2229
Daytona Beach, FL 32115-2229
*Attorneys for St. Lucie Petroleum Co.*

Stephen M. Ketyer, Esq.
United States Attorneys' Office
Tort Branch, Civil Division
U. S. Department of Justice
P. O. Box 14271
Washington, D.C. 20044-4271
Courier/overnight:
1425 New York Ave., NW, Suite 10100
Washington, D.C.  20005
(202)616-4034
FAX (202)616-4159
*Attorneys for U.S.A. and F.A.A.*

Dennis O'Hara, Esq.
Wicker, Smith, O'Hara, McCoy, Graham & Ford
1 East Broward Boulevard
Southtrust Bank Tower, 5th Floor
Ft. Lauderdale, FL 33301
(954)467-6405
FAX (954)760-9353
*Attorneys for Defendant Flight Safety*

Marcella Cohen Auerbach
Assistant United States Attorney
United States Attorney's Office
500 E. Broward Blvd.
Fort Lauderdale, FL 33301
Phone: 954-356-7314X3608
Fax: 954-356-7180